IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
JOANNE DUGAN and                                    Index No.: 25-cv-08836
JOANNE DUGAN STUDIO, LLC,

                      Plaintiff,          Notice of Voluntary Dismissal

-against-

BLACK BOX PROJECTS t/a
KATHLENE FOX-DAVIES d/b/a
FOX-DAVIES ARTS, LTD.

                      Defendants.
-------------------------------------------------------------------------------x

      Plaintiffs JOANNE DUGAN and JOANNE DUGAN STUDIO, LLC, through their undersigned attorneys, and pursuant to FRCP 41(a)(1)(A)(i), hereby voluntarily dismiss without prejudice all claims in this action against defendants. No answer or motion for summary judgment have been filed by any defendant. Accordingly, this Notice effectuates the dismissal of the action without prejudice.

Dated: New York, New York
       November 7, 2025

                                  Respectfully submitted,
                                  MAZZOLA LINDSTROM LLP

                                  By: *Wendy J. Lindstrom*
                                  Wendy Lindstrom
                                  Hanoch Sheps
                                  1350 Avenue of the Americas, 2nd Floor
                                  New York, New York 10019
                                  M: 516.680.2889
                                  wendy@mazzolalindstrom.com
                                  hanoch@mazzolaindstrom.com
                                  Attorneys for plaintiffs