UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
: 
JOANNE DUGAN, et al.,                                           :
:
:
                                    Plaintiffs,                       :
:              25-cv-8836 (LJL)
              -v-                                                     :
:                    ORDER
BLACK BOX PROJECTS,                                       :
:
                                    Defendant.                    :
:
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On November 13, 2025, the Court ordered Plaintiffs to show cause by November 21,

2025, why the complaint in this case should not be unsealed.  Plaintiffs did not respond.

The Court therefore respectfully directs the Clerk of Court to unseal Dkt. No. 3.

SO ORDERED.

Dated: December 10, 2025
          New York, New York          _____
                                                              LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2025